UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

NICOLE CUMBERBATCH
*AKA* NICOLE CUMBERBATCH-COX
*DBA* GLORIA'S IN & OUT III
*DBA* GLORIA'S IN & OUT 3,

       Debtor.
---------------------------------------------------------x
NEL-DEL REALTY ASSOCIATES LLC
AND RAVI BATRA,

       Plaintiffs,

-against-

NICOLE CUMBERBATCH
*AKA* NICOLE CUMBERBATCH-COX,

       Defendant.
---------------------------------------------------------x

Chapter 7

Case No. 21-40360-ess

Adv. Pro. No. 21-01041-ess

## **ORDER SCHEDULING A CONTINUED PRE-TRIAL CONFERENCE**

       WHEREAS, on February 13, 2021, Nicole Cumberbatch a/k/a Nicole Cumberbatch-Cox d/b/a Gloria's In & Out III d/b/a Gloria's In & Out 3 filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code; and

       WHEREAS, on April 21, 2021, Nel-Del Realty Associates LLC and Ravi Batra (the "Plaintiffs") commenced this adversary proceeding against Nicole Cumberbatch a/k/a Nicole Cumberbatch-Cox (the "Defendant"); and

       WHEREAS, from time to time, and on January 25, 2022, the Court held a pre-trial conference in this adversary proceeding, at which the Plaintiffs and the Defendant appeared and were heard.

       NOW, THEREFORE, it is hereby

ORDERED, that the Plaintiffs and the Defendant may serve on the other party written discovery requests no later than February 8, 2022; and it is further

ORDERED, that the parties are to complete discovery by April 25, 2022; and it is further

ORDERED, that the Court will hold a continued pre-trial conference on March 1, 2022, at 10:30 a.m., before the Honorable Elizabeth S. Stong, in Courtroom 3585, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED, that this hearing will be conducted telephonically. It is not necessary to request prior authorization to appear telephonically. All participants, including attorneys, clients, and pro se parties, may appear telephonically as follows:**

**Please e-mail Judge Stong's Courtroom Deputy at ess_hearings@nyeb.uscourts.gov at least one business day before the scheduled hearing to identify the individuals that will appear and to provide an e-mail address where each may be reached. All attorneys must also identify the party that the attorney represents.**

**Please call in at the time at which your hearing is scheduled, to avoid missing the call of your case. Note that, depending on where your case is on the calendar, you may have to wait for a time with your phone on mute until your case is called.**

**Below are the instructions to dial in for the telephonic appearance:**

1. **Dial in Number 888-808-6929**
2. **Access Code – 8523285#**
3. **State your name each time before speaking**
4. **Avoid the use of a speaker phone, and use a landline if possible**
5. **If you are not speaking, keep your phone on mute.**



**Dated: Brooklyn, New York**
**January 26, 2022**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**

TO:

Nel-Del Realty Associates LLC
11 Echo Bay Drive
New Rochelle, NY 10805

Ravi Batra
142 Lexington Avenue
New York, NY 10016

Nicole Cumberbatch
1553 Eastern Parkway
Brooklyn, NY 11233

Brian J. Hufnagel
Lawrence Morrison
Morrison Tenenbaum PLLC
87 Walker Street, Floor 2
New York, NY 10013