**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In Re:

    NICOLE CUMBERBATCH
    a/k/a NICOLE CUMBERBATCH-COX,

              Debtor.

**Case No. 1-21-40360-ess**

**Chapter 7**

NEL-DEL REALTY ASSOCIATES, LLC and
RAVI BATRA,

              *Plaintiffs*,

              -against-

NICOLE CUMBERBATCH
    a/k/a NICOLE CUMBERBATCH-COX,

              *Defendant*.

**Adversary Proceeding No.**
**1-21-01041-ess**

# CERTIFICATE OF SERVICE

       The undersigned certifies that in compliance with the January 26, 2022 Order Scheduling a Continued Pre-Trial Conference, as issued by United States Bankruptcy Judge Elizabeth S. Stong, on February 8, 2022, a true copy of Plaintiffs' (i) First Rule 7036/36 Requests for Admission (2 volumes); (ii) First Rule 7026/26 and 7034/34 Request for Production of Documents; (iii) First Rule 7033/33 Interrogatories to the Defendant-Debtor (limited in scope by Local Rule 7033-1(a)); (iv) Rule 7030/30 Notice to take the Deposition of Defendant-Debtor; and, (v) Rule 7026/26 Initial Disclosures to the Defendant-Debtor were served upon counsel for the Defendant-Debtor and the Chapter 7 Trustee, pursuant to Fed. R. Bankr. P. 7005 and Fed. R. Civ. P. 5(b)(1),(2)(C), as follows:

       By securing the (i) First Rule 7036/36 Requests for Admission (2 volumes); (ii) First Rule 7026/26 and 7034/34 Request for Production of Documents; (iii) First Rule 7033/33 Interrogatories to the Defendant-Debtor (limited in scope by Local Rule 7033-1(a)); and, (iv) Rule 7026/26 Initial Disclosures to the Defendant-Debtor in an enclosed, properly addressed postage-paid container; and, separately securing the Rule 7030/30 Notice to take the Deposition of Defendant-Debtor, in an enclosed, properly addressed postage-paid envelope; and placing each in an repository dedicated for that purpose, maintained and in the custody of the United States Postal Service, within the state of

New York; addressed to counsel as follows:

        Brian Hufnagel, Esq.
        Morrison Tenenbaum PLLC
        87 Walker Street, 2nd Floor
        New York, NY 10013; and,

        Justin Krell, Esq.
        SilvermanAcampora LLP
        100 Jericho Quadrangle, Suite 300
        Jericho, NY 11753.

      Additionally, copies of all served documents, converted into Portable Document Format ("PDF" files, were served on counsel via two (2) e-mails transmitted on February 8, 2022, directed to: bjhufnagel@m-t-law.com and jkrell@silvermanacampora.com. The first email included a covering message and attached Volume I of II of the plaintiffs' First Rule 7036/36 Requests for Admission. The second email also contained a covering message and attached plaintiffs' (i) Volume II of II of the plaintiffs' First Rule 7036/36 Requests for Admission; (ii) First Rule 7026/26 and 7034/34 Request for Production of Documents; (iii) First Rule 7033/33 Interrogatories to the Defendant-Debtor (limited in scope by Local Rule 7033-1(a)); and, (iv) Rule 7026/26 Initial Disclosures to the Defendant-Debtor. No error messages were received after sending either email.

      Pursuant to 28 USC § 1746(1), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 8, 2022

                THE LAW FIRM OF RAVI BATRA, P.C.

                */s/ Todd B. Sherman*

                Todd B. Sherman (TS 4031)
                Westchester Office - Echo Law
                11 Echo Bay Drive
                New Rochelle, NY 10805
                (212) 545-1993
                E-Mail: todd@ravibatralaw.com